

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-17-00123-CV

Geoffrey Scott **CURTIN**,
Appellant

v.

Laureen Ellen **POINDEXTER**, and Luke Casillas, LLC, d/b/a Dents N Dings,
Appellees

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CI00537
Honorable Renée Yanta, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED. Costs of this appeal are assessed against appellant.

SIGNED June 27, 2018.

Luz Elena D. Chapa, Justice